IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LYNN EDWARDS,

    Plaintiff,

v.          CIVIL ACTION NO. 2:16-cv-03941

SECANT MEDICAL, et al.,

    Defendants.

## MEMORNADUM OPINION AND ORDER

  On July 15, 2019, I entered an order directing plaintiff to show cause on or before August 5, 2019, why her case should not be dismissed without prejudice as to the remaining defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown case. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: October 17, 2019

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE